UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO CARMICHAELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-1185-SNL |
| ) | |
| STATE OF MISSOURI, CITY OF ST. LOUIS, ) | |
| and METROPOLITAN CITY OF ST. LOUIS ) | |
| PSYCHIATRIC CENTER, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 27th day of September, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**